IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01992-AP

PAMELA S. MILLS,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

William E. Benjamin, Esq.
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442--9005
WbenjaminLaw@ecentral.com

<u>For Defendant</u>:

TROY A. EID
United States Attorney
KEVIN TRASKOS
Assistant United States Attorney
kevin.traskos@usdoj.gov

BONNIE SIMS
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
Email: bonnie.sims@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint Was Filed:** 09/21/2007

    B. **Date Complaint Was Served on U.S. Attorney's Office:** 10/15/2007

    C. **Date Answer and Administrative Record Were Filed:** 12/17/2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due:** 02/18/2008

    B. **Defendant's Response Brief Due:** 04/23/2008

    C. **Plaintiff's Reply Brief (If Any) Due:** 05/09/2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   The parties do not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 7th day of January, 2008.

                                           BY THE COURT:


                                            S/John L. Kane
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

    s\William E. Benjamin 01/02/2008
    William E. Benjamin, Esq.
    5350 Manhattan Circle, Suite 105
    Boulder, CO 80303
    (303) 442--9005
    WbenjaminLaw@ecentral.com

For Defendant:

    TROY A. EID
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    kevin.traskos@usdoj.gov


    s\Bonnie Sims 01/07/2008
By:    Bonnie Sims
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-7278
    bonnie.sims@ssa.gov